1
2
3
4
5

STEVE K. ZINNEL
11966 Old Eureka Way
Gold River, CA  95670
T. 916-402-2640
F. 916-635-9870
E. stevezinnel@gmail.com

Debtor in pro se

6
7
8

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# (SACRAMENTO DIVISION)

9
10
11
12
13
14
15
16
17
18
19
20
21

In Re:

STEVEN K. ZINNEL,

    Debtor.

_____

STEVEN KEITH ZINNEL, Appellant.

v.

SUSAN K. SMITH, U.S. Trustee.

               Appellee

_____

U.S. District Court Case No.
             2:12-cv-00249-GEB

Bankruptcy Case No. 05-28800-C-7

DC No.:  HSM-004
DC No.:  HSM-005

**PARTIES' STIPULATION AND
ORDER TO EXTEND DUE DATES
OF APPELLANT'S AND
APPELLEE'S OPENING BRIEFS**

Judge: Hon. Garland E. Burrell, Jr.

22
23
24
25
26
27

    Whereas, this Court gave notice to the parties that Appellant's Opening Brief and Excerpts of Record on Appeal are due to be filed by April 18, 2012.

    Whereas, Appellant Steven K. Zinnel and Appellee Susan K. Smith by and through her counsel Howard S. Nevins agree to a reasonable extension for which Appellant's Opening Brief and Excerpts of Record on Appeal is due, with a corresponding extension for filing Appellee's Opening Brief.

28

1

2       Whereas, attorney Judy Hotze, counsel for the U.S. Trustee, has notified Appellant

3   Steven K. Zinnel and Appellee Susan K. Smith by and through her counsel Howard S. Nevins

4   that the U.S. Trustee is not participating in the appeal. Further, attorney Judy Hotze, counsel for

5   the U.S. Trustee, has notified Appellant Steven K. Zinnel and Appellee Susan K. Smith by and

6   through her counsel Howard S. Nevins that the U.S. Trustee has no opposition to Appellant

7   Steven K. Zinnel's request for an extension of time.

8       IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their

9   respective counsel of record, to extend the due date of the filing of Appellant's Opening Brief

10  and Excerpts of Record on Appeal to **May 2, 2012.**

11      IT IS HEREBY STIPULATED AND AGREED, by the parties, by and through their

12  respective counsel of record, to extend the due date of Appellee Susan K. Smith's Opening Brief

13  to **May 16, 2012.**

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

28

1   IT IS HEREBY STIPULATED AND AGREED, that faxed signatures of this stipulation may be

2   filed with the Court and counsel will keep the original signature

3   **IT IS SO STIPULATED**.

4   Dated: April 18, 2012

5                                          /S/_____

6                                          Steven K. Zinnel

7                                          Appellant, in pro se

8

9   Dated: April 18, 2012                  **Hefner, Stark & Marois, LLP**

10

11                                         /S/_____

12                                         Howard S. Nevins

13                                         Attorney for Appellee Susan K. Smith

14

15  **IT IS SO ORDERED.**

16  **Date:  4/18/2012**

17

18                                         _____

19                                         GARLAND E. BURRELL, JR.
                                           United States District Judge

20

21

22

23

24

25

26

27

28