1

STEVE K. ZINNEL
11966 Old Eureka Way
Gold River, CA  95670
T. 916-402-2640
F. 916-635-9870
E. stevezinnel@gmail.com

2

3

4

Debtor in pro se

5

6

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## (SACRAMENTO DIVISION)

7

8

9

In Re:

U.S. District Court Case No.
          2:12-cv-00249-GEB

10

STEVEN K. ZINNEL,

Bankruptcy Case No. 05-28800-C-7

11

12

        Debtor.

DC No.:  HSM-004
DC No.:  HSM-005

13

14

**PARTIES' STIPULATION AND
ORDER TO EXTEND DUE DATES
OF APPELLANT'S AND
APPELLEE'S OPENING BRIEFS**

15

16

17

STEVEN KEITH ZINNEL, Appellant.

18

v.

Judge: Hon. Garland E. Burrell, Jr.

19

SUSAN K. SMITH, U.S. Trustee.

20

        Appellee

21

22

        Whereas, this Court gave notice to the parties that Appellant's Opening Brief and
Excerpts of Record on Appeal are due to be filed by April 18, 2012.

23

24

        Whereas, Appellant Steven K. Zinnel and Appellee Susan K. Smith by and through her
counsel Howard S. Nevins agree to a reasonable extension for which Appellant's Opening Brief
and Excerpts of Record on Appeal is due, with a corresponding extension for filing Appellee's
Opening Brief.

25

26

27

28

Whereas, attorney Judy Hotze, counsel for the U.S. Trustee, has notified Appellant Steven K. Zinnel and Appellee Susan K. Smith by and through her counsel Howard S. Nevins that the U.S. Trustee is not participating in the appeal. Further, attorney Judy Hotze, counsel for the U.S. Trustee, has notified Appellant Steven K. Zinnel and Appellee Susan K. Smith by and through her counsel Howard S. Nevins that the U.S. Trustee has no opposition to Appellant Steven K. Zinnel's request for an extension of time.

IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their respective counsel of record, to extend the due date of the filing of Appellant's Opening Brief and Excerpts of Record on Appeal to **May 2, 2012.**

IT IS HEREBY STIPULATED AND AGREED, by the parties, by and through their respective counsel of record, to extend the due date of Appellee Susan K. Smith's Opening Brief to **May 16, 2012.**

///
///
///
///
///
///
///
///
///
///
///
///
///

1  IT IS HEREBY STIPULATED AND AGREED, that faxed signatures of this stipulation may be
2  filed with the Court and counsel will keep the original signature
3  **IT IS SO STIPULATED**.
4  Dated: April 18, 2012
5                                             /S/_____
6                                             Steven K. Zinnel
7                                             Appellant, in pro se
8
9  Dated: April 18, 2012                      **Hefner, Stark & Marois, LLP**
10
11                                            /S/_____
12                                            Howard S. Nevins
13                                            Attorney for Appellee Susan K. Smith
14
15 **IT IS SO ORDERED.**
16 **Date:  4/18/2012**
17
18                                            _____
19                                            GARLAND E. BURRELL, JR.
                                              United States District Judge
20
21
22
23
24
25
26
27
28