```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                            ----oo0oo----


In Re:

STEVEN KEITH ZINNEL
                                      NO. CIV. S-12-00249 TLN

                                      Bankruptcy No. 05-28800-C-7
         Debtor.
_____/

STEVEN KEITH ZINNEL

         Appellant,

     v.                               RELATED CASE ORDER

SUSAN K. SMITH, U.S. Trustee,

         Appellee.
_____/

In Re:

STEVEN KEITH ZINNEL              NO. CIV. S-12-1541 KJM

         Debtor.                 Bankruptcy No. 05-28800-C-7
_____/

STEVEN KEITH ZINNEL

         Appellant,

     v.

SUSAN K. SMITH, U.S. Trustee,

         Appellee.
_____/

///
///
///
```

1    Examination of the above-captioned actions reveals that they
2 are related within the meaning of Local Rule 123.  The actions
3 involve similar parties and are based on similar events, and
4 would therefore entail a substantial duplication of labor if
5 heard by different judges.  Accordingly, the assignment of the
6 matters to the same judge is likely to effect a substantial
7 savings of judicial effort and is also likely to be convenient to
8 the parties.
9    Relating the cases under Local Rule 123 effectuates the
10 result that these actions are assigned to the same judge;
11 relation of these actions, however, does not produce
12 consolidation.  Under the regular practice of this court, related
13 cases are generally assigned to the judge and magistrate judge to
14 whom the first filed action was assigned.
15    Therefore, the court makes the following order: The action
16 denominated "CIV. S-12-1541 KJM" is REASSIGNED to the
17 undersigned.  Henceforth, the caption on documents filed in this
18 reassigned case shall be shown as "CIV. S-12-01541 TLN"
19    The Clerk of Court shall make appropriate adjustment in the
20 assignment of civil cases to compensate for this reassignment.
21    IT IS SO ORDERED.
22 DATED:    May 14, 2013

_____
Troy L. Nunley
United States District Judge